Nov. Term, 1860.

HYDE
v.
THE BANK
OF HARTFORD
COUNTY.

*C. H. Reeve* and *James Bradley*, for appellant.

*H. C. Newcomb* and *John Tarkington*, for appellee.

---

HYDE *v.* THE BANK OF HARTFORD COUNTY.

Wednesday, December 5.

APPEAL from the *Marion* Common Pleas.

PERKINS, J.—Suit upon a bill of exchange as follows :

" $500.                    " *Indianapolis, September* 17, 1857.

" At sight, Pay to the order of *John Woolly*, cashier, five hundred dollars, at the office of *B. E. Bates, Boston, Massachusetts*, for value received, and charge the same to the account of                    *A. R. Hyde*."

" To *R. S. Denney, Cloppsville, Mass.*"

Indorsed.   " For value received I assign the within bill of ' exchange to the Bank of *Hartford* County.

" *John Woolly*, Cashier."

This assignment to the bank, it appears by the record, was made on *September* 24, 1857, for a valuable consideration, and three days before the bill was protested, that occurring on *September* 27.

In *December*, 1857, the bank commenced suit on the bill, against *Hyde*. In *January* 1858, the defendant answered. The plaintiff demurred to the answer; the demurrer was sustained, and the defendant obtained leave to amend. The original answer does not appear in the record. Upon the paragraphs of the amended answer, issues of fact were taken. At the *April* term, 1858, and also at the *October* term of that year, the cause was continued.

At the *February* term, 1859, the defendant obtained an

order for a change of venue, but failed to pay the costs. At the *June* term, 1859, the defendant obtained a continuance to obtain the testimony of *John H. Bradley*, Esq. At the *August* term, 1859, the defendant filed interrogatories to be answered by a non-resident plaintiff. At the *December* term, 1859, the defendant applied for a continuance to obtain the testimony of *John Woolly*, Esq., and an inspection of bank-books. The continuance was refused, the cause tried, and judgment rendered for the plaintiff. The evidence is not of record. No exception was taken on the trial. The plaintiff had been baffled, about long enough.

*Per Curiam.*—The judgment is affirmed, with 5 per cent. damages and costs.

*R. L. Walpole* and *K. Ferguson*, for appellant.

*J. L. Ketcham* and *Isaac Coffin*, for appellee.